IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:12-CR-398-H-1

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| **WakeMed doing business as WakeMed Health and Hospitals** | ) ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Terrence W. Boyle, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:12-CR-398-BO-1.**

SO ORDERED, this the 20th day of December 2012.

*/s/ Julie A. Richards*
Clerk of Court