UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-398-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WAKEMED d/b/a WAKEMED HEALTH ) | |
| AND HOSPITALS ) | |

This cause comes before the Court upon a motion by the United States to dismiss the Criminal Information [D.E. 1] filed on December 19, 2012. The Court finds that WakeMed has complied in all material respects with the Deferred Prosecution Agreement [D.E. 18] and this Court's order dated February 8, 2013 [D.E. 17]. Therefore, for good cause shown, the motion of the United States is GRANTED. The Clerk of Court is directed to DISMISS the Criminal Information [D.E. 1] with prejudice.

SO ORDERED, this 5 day of March, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE